# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO ESPARRAGOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CATE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01649-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 9)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

   Plaintiff Rodrigo Esparragoza, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 17, 2009. On January 7, 2011, the Court dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

   Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983. Further, this dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

///

///

///

1

1    The Clerk of the Court SHALL enter judgment and close this case.

5  IT IS SO ORDERED.

6  **Dated:   March 10, 2011**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE